IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00146-MSK-BNB

AMANDA S. THOMPSON,

        Plaintiff,

v.

SUNRISE SENIOR LIVING, INC.,

        Defendant.

## ORDER

        THIS MATTER comes before the Court on the Stipulated Motion to Amend Caption (Motion) **(#18)**. Having reviewed the Motion,

        **IT IS ORDERED** that the Motion is **GRANTED** and the caption in this case shall be amended to reflect the Defendant's true and correct name as Sunrise Senior Living, Inc. The Clerk is directed to correct the party name in CM/ECF and all future pleadings shall bear the correction caption.

        DATED this 15th day of June, 2009.

        **BY THE COURT:**

        */s/ Marcia S. Krieger*

        Marcia S. Krieger
        United States District Judge